UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES JACKSON et al.,

        Plaintiffs,        Case No. 1:12-cv-1364

v.        Honorable Paul L. Maloney

RICK SNYDER et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiffs' action under 42 U.S.C. § 1983 be DISMISSED WITH PREJUDICE for failure to state a claim and/or on immunity grounds, pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

IT IS FURTHER ORDERED that Plaintiffs' state-law claims be DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1367(c)(3).

Dated:   April 29, 2013        /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          Chief United States District Judge